

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| WOODY D. BILYEU, et al. | CIVIL ACTION NO. 09-00248 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA, et al. | U.S. MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined, in the concurrent written reasons, that the findings and recommendation should not be adopted at this time;

IT IS ORDERED that the Motion to Remand, Doc. #21, is GRANTED. This case is REMANDED to the Eighth Judicial District Court in Winnfield, Louisiana for further proceedings.

IT IS FURTHER ORDERED that the motion to file a second supplemental amending complaint, Doc. #16, and the Motion to

Dismiss, Doc. No. 49, are DENIED as MOOT, without prejudice as to those matters being reurged in state court.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____26th____ day of March, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**