UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WOODY D. BILYEU, ET AL | CIVIL DOCKET NO. 09-0248 |
| -vs- | JUDGE DRELL |
| NATIONAL UNION FIRE INSURANCE CO., ET AL | MAGISTRATE JUDGE KIRK |

### RULING

We have now carefully considered the several memoranda filed by counsel as objections to the Magistrate Judge's Report and Recommendation (Document No. 57) and the replies back and forth. Having done so, we are convinced that our previous reasons for Judgment (Document No. 64) are still correct and should be reinstated. Realignment of parties is not possible for the reasons stated therein. Thus, diversity is not complete. This case must be remanded.

A judgment in accord will be signed.

SIGNED on this 14th day of January, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE